Gary YENT *v.* STATE of Arkansas

655 S.W.2d 369

Supreme Court of Arkansas
Opinion delivered July 5, 1983

*Law Office of W. B. Putman,* by: *E. E. Maglothin, Jr.,* for appellant.

*Steve Clark,* Atty. Gen., by: *Theodore Holder,* Asst. Atty. Gen., for appellee.

PER CURIAM. Following our denial of a motion for a rule on the clerk to permit the record in this case to be filed out of time. *Yent* v. *State,* 279 Ark. 268, 650 S.W.2d 577 (1983), the appellant's attorney, E. E. Maglothin, Jr., has filed a petition for a belated appeal, assuming full responsibility for the error. Pursuant to our per curiam order concerning such appeals, 265 Ark. 964 (1979), the motion for a belated appeal is granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.